UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.

Case No. 11-cr-35-01-SM

James Egal,
    Defendant

O R D E R

Defendant Egal's motion to continue the final pretrial conference and trial is granted (document no. 8). Trial has been rescheduled for the month of August 2011. Defendant Egal shall file a waiver of speedy trial rights not later than May 2, 2011. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for July 22, 2011 at 10:00 a.m.

Jury selection will take place on August 2, 2011 at 9:30 a.m.

SO ORDERED.

*Steven J. McAuliffe*
Chief Judge

April 25, 2011

cc: Jeffrey Levin, Esq.
Jennifer Davis, AUSA
U.S. Marshal
U.S. Probation