UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

    v.

Case No. 11-cr-35-01-SM

<u>James Egal</u>,
    Defendant

## <u>O R D E R</u>

Defendant Egal's motion to continue the final pretrial conference and trial is granted (document no. 11). Trial has been rescheduled for the month of November 2011. Defendant Egal shall file a waiver of speedy trial rights not later than July 25, 2011. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for October 28, 2011 at 2:30 p.m.

Jury selection will take place on November 8, 2011 at 9:30 a.m.

SO ORDERED.

                                                                        _____
                                                                        Steven J. McAuliffe
                                                                        Chief Judge

July 15, 2011

cc:   Jeffrey Levin, Esq.
      Jennifer Davis, AUSA
      U.S. Marshal
      U.S. Probation