```
          UNITED STATES DISTRICT COURT
            DISTRICT OF NEW HAMPSHIRE
```

United States

    v.                        Case No. 11-cr-35-01-SM

James Egal


                            ORDER

    Re: Document No. 14, Assented to MOTION to Continue Trial for 60 days

    Ruling: Denied, without prejudice. Continued participation in a treatment program may be grounds to delay a sentencing hearing, but not necessarily trial on the merits, particularly absent an expressed intent by the government to consider diversion based upon completion of a program. The previous two motions to continue asserted that additional time was required to engage in disposition negotiations, while the pending motion does not. And, it would appear that more than adequate time to seek an agreed disposition or to prepare for trial has already been allowed.


                                       /s/ Steven J. McAuliffe
                                       Steven J. McAuliffe
                                       Chief Judge

Date: September 14, 2011

cc: Jeffrey S. Levin, Esq.
    Jennifer C. Davis, Esq.